### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW HAMPSHIRE


<u>David Burns</u>

     v.                                  Civil No. 06-cv-131-PB

Richard M. Gerry, Warden
<u>New Hampshire State Prison</u>

### <u>ORDER</u>

Before the court is <u>pro</u> <u>se</u> petitioner David Burns' petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. The Petition consists of the original petition filed in 2006 (doc. no. 1), a status report and addendum filed in September 2008 (doc. nos. 13-14), and Burns' motion to amend the petition filed in May 2010 (doc. no. 24), which was granted on May 19, 2010.  I direct that the Petition, as amended, be served upon Richard M. Gerry, Warden of the New Hampshire State Prison, Burns' current custodian and the proper respondent in this case, <u>see</u> Rule 2(a) of the Rules Governing § 2254 Proceedings ("§ 2254 Rule").

The Clerk shall correct the docket in this case to reflect that Gerry is the respondent.  The Clerk shall serve copies of the following documents upon the New Hampshire Office of the Attorney General, as provided in the Agreement on Acceptance of

Service:  (1) this Order; (2) the Report and Recommendation
issued this date; (3) the April 16, 2010 Order directing
petitioner to forego or exhaust certain claims (doc. no. 23); and
(4) the amended habeas petition (doc. nos. 1, 13-14, and 24).

Respondent shall file an answer, motion, or other response
within thirty (30) days of the date of this Order.  The answer
shall comply with the requirements of § 2254 Rule 5 (setting
forth contents of answer).

Upon receipt of the response, the Court will determine
whether a hearing is warranted.  <u>See</u> § 2254 Rule 8 (providing
circumstances under which hearing is appropriate).

Petitioner is referred to Fed. R. Civ. P. 5, which requires
that every pleading, written motion, notice, and similar paper,
after the petition, shall be served on all parties.  Such service
is to be made by mailing the material to the parties'
attorney(s).

**SO ORDERED.**

James R. Muirhead
United States Magistrate Judge

Date: May 27, 2010

cc:  David Burns, pro se
JRM:nmd

2