UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>David Burns</u>

        v.        Case No. 06-cv-131-PB

<u>NH State Prison, Warden</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated May 27, 2010, no objection having been filed.

SO ORDERED.

June 15, 2010        /s/ Paul Barbadoro
        Paul Barbadoro
        United States District Judge

cc:    David Burns, Pro Se